# CIVIL COVER SHEET

JS 44 (Rev. 12/07) (CAND Rev 1/10)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
LANELLE MONIQUE JONES

## DEFENDANTS
CITY OF OAKLAND, a municipal corporation; ERIBERTO PEREZ-ANGLES & OMAR DAZA-QUIROZ individually & OAK Office

(b) County of Residence of First Listed Plaintiff **MERCED**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

AYANNA L. JENKINS-TONEY
LAW OFFICES OF AYANNA L. JENKINS TONEY
700 LARKSPUR LANDING CIRCLE, STE #199
LARKSPUR, CA 94939

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury—Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury—Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| | [x] 440 Other Civil Rights / [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 1983

Brief description of cause:
WRONGFUL DEATH

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 10,000,000.00
- CHECK YES only if demanded in complaint: JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". C11-03470

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)

[x] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE   [ ] EUREKA

DATE: SEPTEMBER 22 2011

SIGNATURE OF ATTORNEY OF RECORD

AYANNA L. JENKINS TONEY, Esq., SBN 224847
**LAW OFFICES OF AYANNA L. JENKINS TONEY**
700 Larkspur Landing Circle, Suite # 199
Larkspur, CA 94939
Telephone: (415) 464-4974
Facsimile: (415) 464-4975
Email: AyannaJ@msn.com

FILED
SEP 2 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorney for Plaintiff
Lanell Monique Jones

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LANELL MONIQUE JONES, individually, and in her representative capacity on-behalf of the ESTATE OF DERRICK JONES.

Plaintiffs,

v.

CITY OF OAKLAND, a municipal corporation; ERIBERTO PEREZ-ANGELES individually and in his official capacity as a Police Officer for CITY OF OAKLAND; OMAR DAZA-QUIROZ individually and in his official capacity as a Police Officer for CITY OF OAKLAND; DOES 1-100, inclusive; individually and in their official capacities as POLICE OFFICERS for CITY OF OAKLAND

Defendants.

Case No.: C11-04725 JSC

**COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS AND WRONGFUL DEATH**
(42 U.S.C.§ § 1983; and pendant tort claims)

**JURY TRIAL DEMANDED**

## A. INTRODUCTION

1. This case arises out of the wrongful death of thirty-seven-year old Derrick Jones at the

hands of two Oakland Police Officers on the evening of November 8, 2010.

## B. JURISDICTION

2. This action arises under Title 42 of the United States Code, Section 1983. Jurisdiction is conferred upon this Court by Title 42 of the United States Code, Section 1331 and 1343. The unlawful acts and practices alleged herein occurred in the City of Oakland, County of Alameda, California, which is within this judicial district. Pursuant to 28 U.S.C.§ 1367, this Court has supplemental jurisdiction over Plaintiffs' State law claims.

## C. EXHAUSTION OF ADMINISTRATIVE REMEDIES

3. To the extent that Plaintiff was required to comply with provisions of the California Government Tort Claims Act, Plaintiff has complied by filing timely claims within six months of the filing of this action.

## D. PARTIES

4. Plaintiff herein LANELL MONIQUE JONES at all times mentioned herein, is a competent adult who appears both individually and as the personal representative of the ESTATE OF DERRICK JONES pursuant to California Code of Civil Procedure 377.30. Plaintiff is the surviving spouse of decedent, Derrick Jones.

5. Plaintiff herein LANELL MONIQUE JONES, at all times mentioned herein is and was a resident of the State of California, County of Alameda, and is the surviving spouse of decedent DERRICK JONES. LANELL MONIQUE JONES has legal standing to maintain an action for wrongful death based upon the death of her husband, DERRICK JONES, under California Code of Civil Procedure Section 377.60. Plaintiff LANELL MONIQUE JONES is a successor-in-interest to the Estate of DERRICK JONES, including in the manner in which successor-in-interest is defined by California Code of Civil Procedure Section 377.32 and elsewhere and is entitled to maintain causes of action which survive the death of DERRICK JONES under California Code of Civil Procedure Section 377.30.

6. Plaintiff, THE ESTATE OF DERRICK JONES, appears by and through its personal

COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIVL RIGHTS AND WRONGFUL DEATH

Page 2

representative LANELL MONIQUE JONES and may maintain causes of action and recover damages for the value of Decedent's life and Decedent's pain and suffering.

7. Defendant CITY OF OAKLAND ("hereinafter Defendant") is and at all times herein mentioned, a municipal entity duly organized and existing under the laws of the State of California.

8. At all times mentioned herein, ERIBERTO PEREZ-ANGELES, Officer of OAKLAND POLICE DEPARTMENT ("hereinafter Defendant"), issued in his individual and official capacity.

9. At all times mentioned herein, OMAR DAZA-QUIROZ, Officer of OAKLAND POLICE DEPARTMENT ("hereinafter Defendant"), issued in his individual and official capacity.

10. 1 through 100, inclusive, and therefore sue said defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff believes and alleges that each of the DOE defendants is legally responsible and liable for the incident, injuries and damages hereinafter set forth. Each defendant proximately caused injuries and damages because of their negligence, breach of duty, negligent supervision, management of control, violation of public policy, and excessive force. Each defendant is liable for his/her personal conduct, vicarious or imputed negligence, fault, or breach of duty, whether severally or jointly, or whether based upon agency, employment, ownership, entrustment, custody, care or control or upon any other act or omission. Plaintiffs will ask leave to amend this complaint subject to further discovery.

11. In doing the acts alleged herein, Defendants, and each of them acted within the course and scope of their employment.

12. In doing the acts and/or omissions alleged herein, Defendants, and each of them, acted under color of authority and/or under color of law.

13. Due to the acts and/or omissions alleged herein, Defendants, and each of them, acted as the agent, servant, and employee and/or in concert with each of said other Defendants herein.

14. For State causes of action related to Federal claims, Plaintiffs are required to comply with

COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIVL RIGHTS AND WRONGFUL DEATH

Page 3

an administrative claim requirement under California law. Plaintiff has complied with all applicable requirements.

## E. FACTS

15. The incident took place on November 8, 2010 around 9:40 p.m.

16. Oakland Police Officers ERIBERTO PEREZ-ANGELES and OMAR DAZA-QUIROZ wrongfully shot Derrick Jones (Decedent), 37, a Professional Barber, who operated a Barber Shop in East Oakland. The officers were responding to a report that a man had attacked a woman at the Clean Scene Laundromat at the 5900 block of Bancroft Avenue.

17. Upon arriving to the scene Officers ERIBERTO PEREZ-ANGELES and OMAR DAZA QUIROZ encountered the Decedent.

18. The Decedent for reasons unknown took off running away from the Officers.

19. Officers ERIBERTO PEREZ-ANGELES and OMAR DAZA QUIROZ gave chase ultimately cornering the Decedent in an alley on the 5800 block of Trask Street.

20. In an effort to flee, Decedent then tried to scale a fence at the end of the alley, but ultimately fell to the ground, coming to rest in a seated position on his buttocks.

21. The officers then shot the helpless Decedent multiple times.

22. The Decedent was unarmed.

23. Plaintiff is informed and believes and thereon allege that members of the Oakland Police Department, including, but not limited to, Defendants ERIBERTO PEREZ-ANGELES, OMAR DAZA-QUIROZ, and/or DOES 1-100 and/or each of them, have individually and/or while acting in concert with one another, engaged in a repeated pattern and practice of making improper detentions and/or false arrests and using excessive, arbitrary and/or unreasonable force against individuals, including, but not limited to Decedent, Derrick Jones.

## F. DAMAGES

24. As a consequence of Defendants violation of Plaintiff LANELL MONIQUE JONES federal civil rights under 42 U.S.C. §1983 and the Fourteenth Amendment, Plaintiff LANELL MONIQUE JONES was mentally, and emotionally injured and damaged as a proximate result of Decedent's wrongful death, including but not limited to: Plaintiffs' loss of familial relations,

Decedent's society, comfort, protection, companionship, love, affection, solace, moral support and consortium.

25. Plaintiff, LANELL MONIQUE JONES, is entitled to recover wrongful death damages pursuant to C.C.P. Sections 377.60 and 377.61 and Probate Code Section 6402(b).

26. Plaintiff, ESTATE OF DERRICK JONES, by and through, LANELL MONIQUE JONES, the personal representative of DERRICK JONES' estate, is entitled to recover wrongful death damages pursuant to C.C.P. §§ 377.60 & 377.61 and Probate Code § 6402 (b).

27. Plaintiff, ESTATE OF DERRICK JONES is entitled to recover damages by and through LANELL MONIQUE JONES, the personal representative and surviving spouse of Decedent's estate pursuant to his right of survivorship for the pain and suffering he endured as a result of the violation of his civil rights.

28. As a further direct and proximate result of defendants' intentional and/or negligent conduct, Plaintiff LANELL MONIQUE JONES has been deprived of Decedent's support.

29. Plaintiffs found it necessary to engage the services of private counsel to vindicate the rights of decedent and plaintiffs' rights under the law. Plaintiffs are therefore entitled to an award of attorneys' fees and/or costs pursuant to statute(s) in the event that they are the prevailing parties in this action under 42 U.S.C. §§§§ 1983, 1985-86 and 1988.

WHEREFORE, Plaintiffs request relief as herein after provided.

## FIRST CAUSE OF ACTION

**(42 U.S.C. §1983 -Violation of Fourth Amendment of the United States Constitution)**

(Plaintiff LANELL MONIQUE JONES as Personal Representative of Decedent's Estate and as surviving spouse of DERRICK JONES).

30. Plaintiff LANELL MONIQUE JONES as Personal Representative of Decedent's Estate and as surviving spouse of DERRICK JONES hereby reallege and incorporate by reference paragraphs 1 through 29 of this complaint.

31. Defendants' above-described conduct violated Decedent's right as provided for under the Fourth Amendment to the United States Constitution to be free from excessive force and/or the arbitrary and/or unreasonable use of deadly force against him.

AYANNA L. JENKINS TONEY

COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIVL RIGHTS AND WRONGFUL DEATH

Page 5

## SECOND CAUSE OF ACTION

### (42 U.S.C. §1983-WRONGFUL DEATH)

(Plaintiff LANELL MONIQUE JONES, individually against all Defendants)

32. Plaintiff LANELL MONIQUE JONES as Personal Representatives of Decedent' Estate and individually as the person with the superior right to commence the action as defined in Section 377.11 of the California Code of Civil Procedure hereby re-allege and incorporate by reference paragraphs 1 through 31 of this Complaint.

33. Defendants acted under color of law by shooting and killing decedent without lawful justification and subjecting decedent to excessive force thereby depriving Plaintiff and the decedent of certain constitutionally protected rights, including, but not limited to:

   a. The right to be free from unreasonable searches and seizures, as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution;

   b. The right not to be deprived of life or liberty without due process of law, as guaranteed b the Fourteenth Amendment to the United States Constitution;

   c. The right to be free from the use of excessive force by police officers, which is guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution.

## THIRD CAUSE OF ACTION

### (42 U.S.C. §1983 Survival action: Violation of Decedent's Civil Rights)

(Plaintiff LANELL MONIQUE JONES as Personal Representatives of Decedent's Estate and as surviving spouse of Decedent Derrick Jones, individually against all Defendants)

34. Plaintiff LANELL MONIQUE JONES as Personal Representatives of Decedent's Estate and as surviving spouse of Decedent Derrick Jones hereby re-allege and incorporate by reference herein paragraphs 1 through 33 of this Complaint.

35. DERRICK JONES was forced to endure great conscious pain and suffering because of the Defendants' conduct before his death;

36. DERRICK JONES did not file a legal action before his death;

37. Plaintiff LANELL MONIQUE JONES, as personal representative of the ESTATE OF

## CERTIFICATE OF SERVICE

I, AYANNA L. JENKINS TONEY, declare that:

I am over the age of eighteen and not a party to the within action; I am employed in the County of San Francisco, CA, and my business address is 700 Larkspur Landing Circle, Ste. 199, Larkspur, CA 94939.

On September 22, 2011, I served three (1) copies of the attached <u>COMPLAINT FOR DAMAGES; ADMINISTRATIVE MOTION; DECLARATION OF LANELL MONIQUE JONES</u>, by the following method:

[X] **By Mail** [C.C.P. §1013a. and **28 U.S.C. §1746**]: By placing a true copy of the aforementioned document enclosed in a sealed envelope with postage thereon fully prepaid for US mail, and following ordinary business practices, placing the envelope for mailing and collection in the Law Offices of Ayanna L. Jenkins Toney in the appropriate place for mail collected for deposit in the United States mail at San Francisco, CA, addressed as listed below.

[ ] **By Federal Express:** I caused such envelope(s) to be delivered via Federal Express to the party(ies) listed below.

[ ] **By Facsimile** [C.R.C., Rule No. 2003]: A true copy of the aforementioned document was transmitted via facsimile to the party(ies) listed below, at the facsimile number(s) indicated, from this firm's fax number of 415/464-4975.

CITY OF OAKLAND
ATTN: John A. Russo
ONE FRANK OGAWA PLAZA
6TH FLOOR
OAKLAND, CA 94612

JOHN BURRIS
7677 OAKPORT ST.
OAKLAND, CA 94621

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 22, 2011, at Larkspur, California.

Ayanna L. Jenkins Toney