**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LANELL MONIQUE JONES,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**CITY OF OAKLAND,** *et al.***,**<br><br>    **Defendants.** | Case No.: 11-cv-4725 YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 31, 2012, the Court set this matter for a case management conference on December 3, 2012. This Court's Local Rules provide that "[u]nless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a *Joint* Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(c) (emphasis added).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Monday, December 17, 2012,** at 2:00 p.m. in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **Monday, December 3, 2012**, the parties must file a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities and a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement. Lead trial counsel must

personally appear at the hearing.  Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The parties are also directed to include in their response to the Order to Show Cause a statement verifying that they have read this Court's Standing Order in Civil Cases and its Pretrial Setting Instructions Order, both of which are available on the Court's website at http://cand.uscourts.gov/ygrorders.

The Case Management Conference set for Monday, December 3, 2012, is **CONTINUED** to **Monday, December 17, 2012**.

**IT IS SO ORDERED.**
Date: November 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**