UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANELL MONIQUE JONES,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**CITY OF OAKLAND,** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: **11-cv-4725 YGR**<br><br>**ORDER REGARDING PRETRIAL FILINGS** |

The Court is in receipt of the parties' pre-trial filings to date. The parties have failed to address all items as required by the Court's Pretrial Setting Instructions Order. (*See* http://cand.uscourts.gov/ygrorders*.*) In particular, the parties have failed to address the following items:

| | Paragraph 2: PRETRIAL CONFERENCE STATEMENT |
|---|---|
| *Deficient Submission By:* | a. The Action |
| **Plaintiff** | Substance of the Action. A brief description of the substance of claims and defenses which remain to be decided, including a list of the causes of action to be tried. |
| **Plaintiff** | Relief Prayed. A detailed statement of all the relief claimed, particularly itemizing all elements of damages claimed as well as witnesses, documents or other evidentiary material to be presented concerning the amount of those damages. |

Given that this action is brought on behalf of Plaintiff individually and as the representative of decedent's estate, Plaintiff must specify: (a) each claim to be tried; (b) in which capacity the claim is made; (c) against which defendant(s) the claim is directed; (d) each specific kind of damage(s) sought in connection with each such claim.

| *Deficient Submission by:* | Paragraph 3: TRIAL READINESS BINDER |
|---|---|
| **Plaintiff** | Exhibit Lists Annotated with Stipulations/Objections |
| **Both** | Alphabetical List of Witnesses |
| **Plaintiff** | Proposed Verdict Form |
| **Both** | Paragraph 5: Electronic Copies of Trial Documents |
| **Both** | Paragraph 6: Stipulations Re Admissibility of Exhibits |

The parties are **ORDERED** to submit supplemental filings consistent with this Order no later than **12:00 noon on Thursday, February 21, 2013**.

**IT IS SO ORDERED.**

Dated: February 19, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE