| | |
|---|---|
| 1 | John J. Verber, CASB# 139917 |
| 2 | Aimee Hamoy-Perera, CASB# 221228<br>BURNHAM BROWN |
| 3 | A Professional Law Corporation<br>P.O. Box 119 |
| 4 | Oakland, California 94604<br>--- |
| 5 | 1901 Harrison Street, 14th Floor<br>Oakland, California  94612 |
| 6 | Telephone:   (510) 444-6800<br>Facsimile:    (510) 835-6666 |
| 7 | Email:        jverber@burnhambrown.com<br>               ahamoy-perera@burnhambrown.com |
| 8 | Attorneys for Defendants |
| 9 | ERIBERTO PEREZ-ANGELES and OMAR DAZA-QUIROZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| LANELL MONIQUE JONES, et al., | No. 4:11-cv-04725-YGR |
| Plaintiffs, | **DEFENDANTS' ~~PROPOSE~~D ORDER TO ALLOW LAPTOP IN COURTHOUSE** |
| v. | |
| CITY OF OAKLAND, et al., | Complaint Filed:   September 22, 2011 |
| Defendants. | |

Defendants' ERIBERTO PEREZ-ANGELES and OMAR DAZA-QUIROZ request that their counsel John J. Verber and Aimee Hamoy-Perera be permitted to gain access to the courthouse with each of their laptops for use at trial in the above-referenced matter.

DATED: March 4, 2013                                      BURNHAM BROWN

                                                                          By_____/s/_____
                                                                          JOHN J. VERBER
                                                                          Attorneys for Defendants
                                                                          ERIBERTO PEREZ-ANGELES and
                                                                          OMAR DAZA-QUIROZ

1  Upon review of this application, defense counsel John J. Verber and Aimee Hamoy-
2  Perera are allowed to bring their laptops to Courtroom 5 for use at trial from March 11 until the
3  conclusion of the trial in this matter.  IT IS SO ORDERED.

Date:  March 4, 2013

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

4826-7683-8163, v. 1