UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANELL MONIQUE JONES,**<br><br>    **Plaintiff,**<br><br>  vs.<br><br>**CITY OF OAKLAND,** *et al.***,**<br><br>    **Defendants.** | Case No.: **11-cv-4725 YGR**<br><br>**ORDER #2 REGARDING PRETRIAL FILINGS** |

The Court understands that the parties have not settled the instant action. Accordingly, and in addition to all prior orders regarding trial readiness, the parties shall file no later than 2:00 p.m. on Friday, March 8, 2013:

1. All jury instructions requested for possible use in this trial in the form set forth the Court's Standing Pretrial Setting Instructions Order. The Court expects that the parties complied with its order to meet and confer regarding the same. (*See* http://cand.uscourts.gov/ygrorders.)

2. An Alphabetical List of Witnesses.

**IT IS SO ORDERED.**

Dated: March 7, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE