```
 1  BARBARA J. PARKER, City Attorney, SBN 069722
    RANDOLPH W. HALL, Chief Assistant City Attorney., SBN 080142
 2  WILLIAM E. SIMMONS, Supervising Trial Attorney., SBN 121266
    One Frank H. Ogawa Plaza, 6th Floor
 3  Oakland, California  94612
    Telephone: (510) 238-6520.  Fax: (510) 238-6500
 4  28335:1105894

 5  Attorneys for Defendants,
    CITY OF OAKLAND, et al.
 6
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANELL MONIQUE JONES, individually, and in her representative capacity on-behalf of the ESTATE OF DERRICK JONES, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, a municipal corporation; ERIBERTO PEREZ-ANGELES individually and in his official capacity as Police Officer for CITY OF OAKLAND; OMAR DAZA-QUIROZ individually and in his official capacity as a Police Officer for CITY OF OAKLAND; DOES 1-100, inclusive; individually and in their official capacities as POLICE OFFICERS for CITY OF OAKLAND <br><br> Defendants. | Case No. C11-04725 YGR <br><br> [PROPOSED] ORDER TO ALLOW LAPTOP COMPUTER IN COURTROOM 5 |

Counsel for Defendant City of Oakland requests that he be allowed into the building and Courtroom 5 with a laptop computer for the trial of this matter beginning March 8, 2013.

///

///

1   The laptop may be necessary for trial-related document, note and research-related retrieval
2   and usage during the trial

3
4
    Dated: March 4, 2013
5                                           BARBARA J. PARKER, City Attorney
                                            RANDOLPH W. HALL, Chief Assistant City Attorney
6                                           WILLIAM E. SIMMONS, Supervising Trial Attorney
7
                                    By: _____
8                                       Attorneys for Defendants
                                        CITY OF OAKLAND, et al.
9
10
11
12
13  Good cause having been shown, counsel for Defendant City of Oakland shall be allowed
14  into the building and Courtroom 5 with a laptop computer for the trial of this matter beginning
15  March 8, 2013.
16
17
18  IT IS SO ORDERED
19
20  Dated: March 6, 2013    By: _____
                                HON. YVONNE GONZALES ROGERS
21                              United States District Judge
22
23
24
25
26

[PROPOSED] ORDER TO ALLOW            -2-                            C11-04725 YGR
LAPTOP COMPUTER IN COURTROOM 5