Ayanna L. Jenkins Toney, Esq. CSB # 224847
LAW OFFICES OF AYANNA L. JENKINS TONEY
700 Larkspur Landing Circle, Ste. # 199
Larkspur, CA 94939
Telephone:   415-464-4974
Facsimile:    415-464-4975
Email:          ayannaj@msn.com

Attorneys for Plaintiff
LANELL MONIQUE JONES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| LANELLE MONIQUE JONES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | No. 4:11-cv-04725-YGR <br><br> [PROPOSED] ORDER TO ALLOW EQUIPMENT IN COURTROOM 5 |

Good Cause having been shown, Elbert Thompson, assistant to counsel for Plaintiff Lanelle Monique Jones shall be allowed into the building and Courtroom 5 with equipment for the trial of this matter beginning March 8, 2013.

IT IS SO ORDERED

DATED: March 8, 2013

By _____
HON. YVONNE GONZALES ROGERS
United States District Judge

Ayanna L. Jenkins Toney, Esq. CSB # 224847
LAW OFFICES OF AYANNA L. JENKINS TONEY
700 Larkspur Landing Circle, Ste. # 199
Larkspur, CA 94939
Telephone:   415-464-4974
Facsimile:   415-464-4975
Email:       ayannaj@msn.com

Attorneys for Plaintiff
LANELL MONIQUE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| LANELLE MONIQUE JONES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | No. 4:11-cv-04725-YGR <br><br> [~~PROPOSED~~] ORDER TO ALLOW EQUIPMENT IN COURTROOM 5 |

Counsel for Plaintiff Lanell Monique Jones requests that Elbert Thompson be allowed into the building and Courtroom 5 with the following equipment: 2 laptops, Fllat Panel LCD Monitor, 2-way Distribution Amplifier, 4-way Digital Video Switch, Cabling, Technician table, ~~Projector, Projector screen, and Projector stand.~~ The equipment will be brought in today March

PROPOSED ORDER                                                                                                 No. 4:11-cv-04725-YGR

1  8, 2013, for testing with the courtroom clerk Frances Stone.

2      The equipment is necessary for trial related Exhibits and audio during the trial.

DATED: March 8, 2013                    LAW OFFICES OF AYANNA JENKINS TONEY

                                        By  /s/ *Ayanna Jenkins Toney*
                                        AYANNA JENKINS TONEY
                                        Attorney for Plaintiff
                                        LANELL MONIQUE JONES