UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANELL MONIQUE JONES,**<br>    **Plaintiff,**<br>    vs.<br>**CITY OF OAKLAND,** *et al.***,**<br>    **Defendants.** | Case No.: **11-cv-4725 YGR**<br><br>**PRETRIAL ORDER NO. 3** |

Given the parties' continuing pretrial-filing deficiencies, the Court is not satisfied that the case is ready to begin trial on Monday, March 11, 2013. Therefore, the Court will **not** proceed with jury selection on Monday, March 11, 2013.

The parties **ORDERED** to appear at 8:30 a.m. for a further pre-trial conference on Monday, March 11, 2013, and each day thereafter at the same time, unless and until otherwise ordered by the Court.

The Court intends to issue a further order outlining the additional preparation that will be required by Monday, March 11, 2013.

**IT IS SO ORDERED.**

Dated: March 8, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE