**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL TRIAL MINUTES</u>

Date:  March 20, 2013          JUDGE: Yvonne Gonzalez Rogers

Time: 8:20am-8:34am; 8:51am-10:04am; 10:15am-11:45am;

11:58am-1:37pm.

2:10pm-2:50pm [counsel only]

Case No:  C- 11-4725 -YGR

Case Name: Jones v City of Oakland et al.

Attorney(s) for Plaintiff:   Ayanna Jenkins-Toney

Attorney(s) for Defendant: William Simmons- Deft City of Oakland
            John Verber- Deft Officers Perez-Angeles and Daza-Quiroz
       Aimee Hamoy-Perera- Deft Officers Perez-Angeles and Daza-Quiroz

Deputy Clerk: Frances Stone          Court Reporter: Diane Skillman and Raynee Mercado

PROCEEDINGS

Voir Dire Began: 3/19/13

Trial Began: 3/19/13

Further Trial: Thursday, 3/21/13 at 8:30am (Counsel at 8:15am)

Trial Proceedings:
Court gives opening Instructions to the Jury.
Plaintiff calls witnesses Mega Lee; Yanika Taylor and Omar Daza-Quiroz

Exhibits Admitted into evidence:
Plaintiff 4A, 4B, 4C, 4i  5, 6B, 6C, 6D, 6F, 7A , 7B

Recess for the day. Further Trial Thursday, 3/21/13 at 8:30am. (Counsel at 8:15am)