FILED

APR 0 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANELL MONIQUE JONES, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF DERRICK JONES<br><br>Plaintiff,<br><br>vs.<br><br>OMAR DAZA-QUIROZ, ERIBERTO PEREZ-ANGELES<br><br>Defendants. | Case No.: 11-cv-4725 YGR<br><br>VERDICT FORM |

## VERDICT FORM ONE

## CLAIMS ON BEHALF OF THE ESTATE OF DERRICK JONES AGAINST DEFENDANT OMAR DAZA-QUIROZ

Did Plaintiff, as the representative of the Estate of Derrick Jones, prove by a preponderance of the evidence each element of her FIRST CLAIM against Defendant Omar Daza-Quiroz for a violation under Title 42 United States Code Section 1983 of Derrick Jones' Fourth Amendment rights on account of the use of excessive, deadly force?

Yes: _____     No: ✗

Did Plaintiff, as the representative of the Estate of Derrick Jones, prove by a preponderance of the evidence each element of her SECOND CLAIM against Defendant Omar Daza-Quiroz for a violation under Title 42 United States Code Section 1983 for violation of Derrick Jones' Fourth Amendment rights on account of the use of excessive, non-deadly force?

Yes: _____     No: ✗

Did Plaintiff, as the representative of the Estate of Derrick Jones, prove by a preponderance of the evidence each element of her THIRD CLAIM against Defendant Omar Daza-Quiroz for battery?

Yes: _____     No: ✗

If you have found "Yes" for any of the claims above against Defendant Daza-Quiroz, please answer the following:

   What are the Estate's damages against Defendant Daza-Quiroz?

   _____

## VERDICT FORM TWO

### CLAIMS ON BEHALF OF THE ESTATE OF DERRICK JONES AGAINST DEFENDANT ERIBERTO PEREZ-ANGELES

Did Plaintiff, as the representative of the Estate of Derrick Jones, prove by a preponderance of the evidence each element of her FIRST CLAIM against Defendant Eriberto Perez-Angeles for a violation under Title 42 United States Code Section 1983 of Derrick Jones' Fourth Amendment rights on account of the use of excessive, deadly force?

Yes: _____    No: __X__

Did Plaintiff, as the representative of the Estate of Derrick Jones, prove by a preponderance of the evidence each element of her SECOND CLAIM against Defendant Eriberto Perez-Angeles for a violation under Title 42 United States Code Section 1983 of Derrick Jones' Fourth Amendment rights on account of the use of excessive, non-deadly force?

Yes: _____    No: __X__

Did Plaintiff, as the representative of the Estate of Derrick Jones, prove by a preponderance of the evidence each element of her THIRD CLAIM against Defendant Eriberto Perez-Angeles for battery?

Yes: _____    No: __X__

If you have found "Yes" for any of the claims above against Defendant Perez-Angeles, please answer the following:

What are the Estate's damages against Defendant Perez-Angeles?

_____

# VERDICT FORM THREE

## CLAIMS ON BEHALF OF PLAINTIFF LANELL JONES INDIVIDUALLY AGAINST DEFENDANT OMAR DAZA-QUIROZ

Did Plaintiff, in her personal capacity, prove by a preponderance of the evidence each element of her FIRST CLAIM against Defendant Omar Daza-Quiroz for a violation under Title 42 United States Code Section 1983 of the Fourteenth Amendment right to familial association and companionship of decedent Derrick Jones?

Yes: _____    No: __X__

Did Plaintiff, in her personal capacity, prove by a preponderance of the evidence each element of her SECOND CLAIM against Defendant Omar Daza-Quiroz for negligence based on the alleged wrongful death of Derrick Jones?

Yes: _____    No: __X__

If you have found "Yes" for either of the claims above against Defendant Daza-Quiroz, please answer the following:

(1) What are Lanell Jones' economic damages against Defendant Daza-Quiroz?

_____

(2) What are Lanell Jones' non-economic damages against Defendant Daza-Quiroz?

_____

If you have found "Yes" on the SECOND CLAIM was Derrick Jones comparatively negligent?

Yes: _____    No: _____

If you have found "Yes", state his percentage of fault:

Derrick Jones _____%    Defendants _____%

4

# VERDICT FORM FOUR

## CLAIMS ON BEHALF OF PLAINTIFF LANELL JONES INDIVIDUALLY AGAINST DEFENDANT ERIBERTO PEREZ-ANGELES

Did Plaintiff, in her personal capacity, prove by a preponderance of the evidence each element of her FIRST CLAIM against Defendant Eriberto Perez-Angeles for violation under Title 42 United States Code Section 1983 of the Fourteenth Amendment right to familial association and companionship of decedent Derrick Jones?

Yes: _____    No:  ✗

Did Plaintiff, in her personal capacity, prove by a preponderance of the evidence each element of her SECOND CLAIM against Defendant Eriberto Perez-Angeles for negligence based on the alleged wrongful death of Derrick Jones?

Yes: _____    No:  ✗

If you have found "Yes" for either of the claims above against Defendant Perez-Angeles, please answer the following:

What are Lanell Jones' economic damages against Defendant Perez-Angeles?

_____

What are Lanell Jones' non-economic damages against Defendant Perez-Angeles?

_____

If you have found "Yes" on the SECOND CLAIM was Derrick Jones comparatively negligent?

Yes: _____    No: _____

If you have found "Yes", state his percentage of fault:

Derrick Jones _____%    Defendants _____%

5

# VERDICT FORM FIVE

# PUNITIVE DAMAGES

Did Plaintiff prove that she is entitled to punitive damages on account of the conduct of Defendant Daza-Quiroz?

    Yes: _____        No: __X__

What amount do you award as punitive damages against Defendant Daza-Quiroz?

_____

Did Plaintiff prove that she is entitled to punitive damages on account of the conduct of Defendant Perez-Angeles?

    Yes: _____        No: __X__

What amount do you award as punitive damages against Defendant Perez-Angeles?

_____

**Please sign, date the verdict form and give it to the court clerk or security officer.**

DATE: April 1, 2013    PRESIDING JUROR NO. __2__

_[signature: Laura Douglas]_
PRESIDING JUROR SIGNATURE